# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Tina May Boone<br>    Debtor | BK NO. 15-04854 MDF<br><br>Chapter 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Stratrec as Servicer for Visio Financial Services, Inc., and index same on the master mailing list.

Re: Loan # Ending In: 3912

                      Respectfully submitted,

                      **/s/ Joshua I. Goldman ,Esquire**
                      Joshua I. Goldman, Esquire
                      Thomas Puleo, Esquire
                      KML Law Group, P.C.
                      701 Market Street, Suite 5000
                      Philadelphia, PA 19106-1532
                      (215) 825-6306  FAX (215) 825-6406
                      Attorney for Movant/Applicant