```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
```

In re:                                                                Case No. 15-04854-MDF
Tina May Boone                                                        Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: DGeorge     Page 1 of 1     Date Rcvd: Oct 19, 2016
                       Form ID: trc       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 21, 2016.
4763784      +Visio Financial Services, Inc.,    MBank,    17898 SW McEwan Rd, Ste 200,    Tigard, OR 97224-7217

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                      TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 21, 2016                                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 19, 2016 at the address(es) listed below:
         Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,    TWecf@pamd13trustee.com
         Gary J Imblum    on behalf of Debtor Tina May Boone gary.imblum@imblumlaw.com,
          gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com
         Joshua I Goldman    on behalf of Creditor    Visio Financial Services, Inc. bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
         United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                                              TOTAL: 4

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 1:15-bk-04854-MDF
Chapter 13

In re: Debtor(s) (including Name and Address)

Tina May Boone
263 E King Street
Chambersburg PA 17201

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 10/19/2016.

Name and Address of Alleged Transferor(s):

Claim No. 4: Visio Financial Services, Inc., MBank, 17898 SW McEwan Rd, Ste 200, Tigard, OR 97224

Name and Address of Transferee:

Clearspring Loan Services,Inc.
P.O.Box 4869,Dept#446
Houston, TX 77210
Clearspring Loan Services,Inc.
P.O.Box 4869,Dept#446
Houston, TX 77210

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 10/21/16

Terrence S. Miller
**CLERK OF THE COURT**