```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                              Case No. 15-04854-HWV
Tina May Boone                                                      Chapter 13
         Debtor
                                  CERTIFICATE OF NOTICE
District/off: 0314-1      User: JGoodling            Page 1 of 1         Date Rcvd: Dec 03, 2018
                          Form ID: trc               Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 05, 2018.
4846163        +Clearspring Loan Services,Inc.,    P.O.Box 4869,Dept#446,    Houston, TX 77210,
                Clearspring Loan Services,Inc.,    P.O.Box 4869,Dept#446,    Houston, TX 77210-4869

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 05, 2018                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 30, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Gary J Imblum    on behalf of Debtor 1 Tina May Boone gary.imblum@imblumlaw.com,
               gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com
              James  Warmbrodt    on behalf of Creditor   Visio Financial Services, Inc. bkgroup@kmllawgroup.com
              Joshua I Goldman    on behalf of Creditor   Visio Financial Services, Inc. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Thomas I Puleo    on behalf of Creditor   Visio Financial Services, Inc. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 6

2100 B (12/15)

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 1:15-bk-04854-HWV
Chapter 13

In re: Debtor(s) (including Name and Address)

Tina May Boone
263 E King Street
Chambersburg PA 17201

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 11/30/2018.

Name and Address of Alleged Transferor(s):

Claim No. 4: Clearspring Loan Services,Inc., P.O.Box 4869,Dept#446, Houston, TX 77210, Clearspring Loan Services,Inc., P.O.Box 4869,Dept#446, Houston, TX 77210

Name and Address of Transferee:

BSI FINANCIAL SERVICES INC. as Servicer
for Visio Financial Services, Inc.
314 S Franklin St. P.O. Box 517
Titusville, PA 16354
BSI FINANCIAL SERVICES INC. as Servicer
for Visio Financial Services, Inc.

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 12/05/18

Terrence S. Miller
**CLERK OF THE COURT**