In re:  Case No. 15-04854-HWV

Tina May Boone  Chapter 13

    Debtor(s)

# CERTIFICATE OF NOTICE

| District/off: 0314-1 | User: AutoDocke | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jan 07, 2021 | Form ID: 3180W | Total Noticed: 21 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 09, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tina May Boone, 263 E King Street, Chambersburg, PA 17201-1808 |
| 4759817 | | American InfoSource LP as agent for, DIRECTV, LLC, PO Box 5008, Carol Stream, IL 60197-5008 |
| 5137001 | + | BSI FINANCIAL SERVICES INC. as Servicer, for Visio Financial Services, Inc., 314 S Franklin St. P.O. Box 517, Titusville, PA 16354-0517 |
| 5137002 | + | BSI FINANCIAL SERVICES INC. as Servicer, for Visio Financial Services, Inc., 314 S Franklin St. P.O. Box 517, Titusville, PA 16354, BSI FINANCIAL SERVICES INC. as Servicer for Visio Financial Services, Inc. 16354-0517 |
| 4720395 | + | Chambersburg Hospital, 112 N 7th Street, Chambersburg, PA 17201-1700 |
| 4846162 | + | Clearspring Loan Services,Inc., P.O.Box 4869,Dept#446, Houston, TX 77210-4869 |
| 4846163 | + | Clearspring Loan Services,Inc., P.O.Box 4869,Dept#446, Houston, TX 77210, Clearspring Loan Services,Inc., P.O.Box 4869,Dept#446 Houston, TX 77210-4869 |
| 4720397 | ++ | FOCUS RECEIVABLES MANAGEMENT LLC, 1130 NORTHCHASE PARKWAY STE 150, MARIETTA GA 30067-6429 address filed with court:, Focus Receivables Mana, 1130 Northchase Parkway Suite 150, Marietta, GA 30067 |
| 5264190 | | Franklin County Tax Claim Bureau, 2 North Main Street, Chambersburg, PA 17201 |
| 4765248 | + | Franklin County Tax Claim Bureau, 401 Lincoln Way East, Chambersburg, PA 17201-2305 |
| 4720398 | + | KML Law Group PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 4720399 | | MBank, 17898 SW McEwan Rd, Suite 200, Portland, OR 97224 |
| 4720400 | + | MedExpress Urgent Care, 1048 Lincoln Way E, Chambersburg, PA 17201-2862 |
| 4720393 | | PA Department of Revenue, Bureau of Individual Taxes, Dept 280431, Harrisburg, PA 17128-0431 |
| 4720402 | + | Verrol Boone, 257 E King Street, Chambersburg, PA 17201-1808 |
| 4720403 | + | Visio Financial Services Inc, 18451 N Dallas Parkway, Suite 100, Dallas, TX 75287-5209 |
| 4763784 | | Visio Financial Services, Inc., MBank, 17898 SW McEwan Rd, Ste 200, Tigard, OR 97224 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 4720394 | + | Email/Text: EBN_IndianapolisIMC@receivemorermp.com | Jan 07 2021 19:13:00 | Berks Credit & Collections, Po Box 329, Attn: Bankruptcy, Temple, PA 19560-0329 |
| 4720396 | + | Email/Text: bdsupport@creditmanagementcompany.com | Jan 07 2021 19:12:00 | Credit Management Co, 2121 Noblestown Rd, Pittsburgh, PA 15205-3956 |
| 4745644 | | EDI: ECMC.COM | Jan 08 2021 00:03:00 | ECMC, PO BOX 16408, St. Paul, MN, 55116-0408 |
| 4720392 | | EDI: IRS.COM | Jan 08 2021 00:03:00 | Internal Revenue Service, POB 7346, Philadelphia, PA 19101-7346 |

TOTAL: 4

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 4720401 | | U S Dept Of Ed/Gsl/Atl |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 09, 2021      Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 7, 2021 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| Gary J Imblum | on behalf of Debtor 1 Tina May Boone gary.imblum@imblumlaw.com gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com |
| James Warmbrodt | on behalf of Creditor Visio Financial Services Inc. bkgroup@kmllawgroup.com |
| Joshua I Goldman | on behalf of Creditor Visio Financial Services Inc. josh.goldman@padgettlawgroup.com, kevin.shatley@padgettlawgroup.com;angelica.reyes@padgettlawgroup.com |
| Thomas I Puleo | on behalf of Creditor Visio Financial Services Inc. tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 6

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Tina May Boone<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–5863<br>EIN   _ _ – _ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 1:15–bk–04854–HWV | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Tina May Boone
aka Tina M Boone

1/7/21

**By the court:** Henry W. Van Eck
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W  **Chapter 13 Discharge**  page 2