| From: | USBankruptcyCourts@noticingcenter.com |
|---|---|
| To: | Gary Imblum |
| Subject: | U.S. Bankruptcy Court, Middle District of Pennsylvania - Undeliverable Notice, In re: Tina May Boone, Case Number: 15-04854, HWV, Ref: [p-159427895] |
| Date: | Friday, January 8, 2021 12:15:28 PM |
| Attachments: | B_P115048543180W0252.PDF |

Notice of Undeliverable Mail to Debtor/Debtor's Attorney

January 9, 2021

From: United States Bankruptcy Court, Middle District of Pennsylvania

Re: U.S. Courts, Bankruptcy Noticing Center - Undeliverable Notice
   In re: Tina May Boone, Case Number 15-04854, HWV

TO THE DEBTOR/DEBTOR'S ATTORNEY:

The attachment could not be mailed to the notice recipient(s) listed below because the United States Postal Service (USPS) has determined that those addresses in the case mailing list are undeliverable.

Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether an address should be updated.

NOTE: **No further notices will be mailed to the notice recipient(s) listed below, if the USPS continues to designate the address as undeliverable, until the address is updated in accordance with local court policy, which may allow for use of this form, a separate notice of change of address, and/or an amended schedule.** THIS FORM CANNOT BE USED TO ADD A NEW CREDITOR NOT PREVIOUSLY LISTED ON YOUR SCHEDULES.

If this form is used by your court in place of filing a separate notice of change of address and/or an amended schedule: 1) determine the updated address and send the attachment to each recipient below; 2) type or print legibly each updated address below; 3) sign and date the form; and 4) file this form electronically via CM/ECF (for all registered users) or mail the form to:

**U.S. Bankruptcy Court
Ronald Reagan Federal Building
228 Walnut St, Rm 320
Harrisburg, PA 17101-1737**

Undeliverable Address:
U S Dept Of Ed/Gsl/Atl

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:

can't find address

01 / 11 / 2021

Signature of Debtor or Debtor's Attorney                Date

**The Bankruptcy Noticing Center does not respond to messages regarding bypass notification.**

Case 1:15-bk-04854-HWV    Doc 61    Filed 01/11/21    Entered 01/11/21 12:35:15    Desc
Main Document    Page 1 of 2
Doc ID: c2634feb05cb6aba2c4a7a94c1ccfce3863a01ab

**Please contact the U.S. Bankruptcy Court where the case is pending with questions or comments.**

| **Total Control Panel** | | | Login |
|---|---|---|---|
| To: gary.imblum@imblumlaw.com | Message Score: 1 | High (60): Pass | |
| From: usbankruptcycourts@noticingcenter.com | My Spam Blocking Level: Low | Medium (75): Pass | |
| | | Low (90): Pass | |
| | Block this sender | | |
| | Block noticingcenter.com | | |

*This message was delivered because the content filter score did not exceed your filter level.*